UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAPTIVE AVENUE ASSOCIATES, INC.,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendants.

CASE NO. 2:26-CV-03821-JHC

**ORDER RE: CASE DEADLINES**

Having considered the parties' Stipulated Motion Regarding Proposed Case Deadlines, Dkt. # 100, and good cause being shown, the Court hereby orders that case deadlines be adjusted as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| All case deadlines | Various | Stayed until a ruling on the pending Motion for Judgment on the Pleadings in *Adaptive Ave. Assocs., Inc. v. Amazon.com, Inc., et al.*, 2:26-cv-02791-JNW (W.D. Wash.) |

//
//
//
//
//
//
//
//

Dated this 26th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE