UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAPTIVE AVENUE ASSOCIATES, INC.,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendants.

CASE NO. 2:26-CV-03821-JHC

**ORDER SETTING NEW CASE DEADLINES**

Having considered the parties' Stipulated Motion Staying Case Deadlines (Dkt. # 102), and good cause being shown, the Court hereby orders that case deadlines be adjusted as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Parties to submit Joint Status Report and Proposed Case Schedule | N/A | Within 14 days of **(a)** Plaintiff declining to timely seek review of Delaware ruling with Court of Appeals for Federal Circuit, or **(b)** final judgment from Court of Appeals for Federal Circuit on Plaintiff's petition for review, whichever is sooner |
| All other case deadlines | N/A | Stayed until further order from the Court |

DATED this 16th day of November, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE